IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Criminal Case No. 11-CR-00158-MSK

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALFONSO ELVAO-ALLOCATI,

Defendant.

---

## ORDER

---

The above named defendant appeared before me this afternoon, and was released from custody. He is wearing an inmate identification bracelet which contains his name and photograph. I am informed that he has a reservation to travel by air this evening from Denver, Colorado, to Los Angeles, California.

The defendant is 5' 10" tall and weighs approximately 185 pounds, has gray hair and brown eyes. His date of birth is February 20, 1941.

Dated January 9, 2012.

BY THE COURT:

*Boyd N. Boland*
United States Magistrate Judge