**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover            Date:   July 22, 2013
Court Reporter:         Terri Lindblom
Probation Officer:    Katrina Devine

Criminal Action No. 11-cr-00158-MSK

*Parties*:                                                    *Counsel*:

UNITED STATES OF AMERICA,                Michele Korver

　　　　Plaintiff,

v.

ALFONSO ELVAO-ALLOCATI,                  John Yzurdiaga

　　　　Defendant.

---

## SENTENCING MINUTES
---

**9:07 a.m.       Court in session**.

Defendant present on bond.

**Change of Plea Hearing on January 9, 2012.  Defendant pled guilty to Count 1 of the Indictment.**

The Court addresses the Motions to Restrict (**Doc. #413, #508, #526**)

**ORDER:**       Motion for Leave to Restrict (**Doc. #413**) is GRANTED for the reason stated on the record.

**ORDER**:        Motions for Leave to (**Doc. #508, #526**) are **DENIED** for the reason stated on the record.

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure (**Doc. #525**). Argument.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). Argument.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

Allocution. - Statements made by:  The Government, the defendant, defense counsel

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

**ORDER:**       The Government's Motion for Downward Departure (**Doc. #525**) is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**       Defendant shall surrender to the facility designated by the United States Bureau of Prisons before noon within 15 days of the date of designation.

**ORDER:**       Bond is continued.

**9:46 a.m.**    **Court in recess.**

Total Time:    39 minutes.
Hearing concluded.